NO. 07-08-0375-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

DECEMBER 22, 2008

______________________________

KATIE ARSENIA CLUBINE,

Appellant

v.

THE STATE OF TEXAS,

Appellee

_________________________________

FROM THE 251
st
 DISTRICT COURT OF POTTER COUNTY;

NO. 57,281-C; HON. ANA ESTEVEZ, PRESIDING

__________________________________

ON MOTION TO DISMISS

__________________________________

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant Katie Arsenia Clubine, by and through her attorney, has filed a motion to dismiss her appeal because she no longer desires to prosecute it.  Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) 
and dismiss the appeal.  Having dismissed the appeal at appellant’s request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Brian Quinn

          Chief Justice

Do not publish.